**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Oscar Rene GUTIERREZ–SALAZAR, also known as Oscar Gutierrez, also known as Oscar R. Gutierrez, also known as Oscar Rene Gutierrez, also known as Oscar Rene Salazar, also known as Oscar Gutierrez Salazar, also known as Oscarrene Salazargutierr, also known as Oscar Renee Gutierrez, Defendant–Appellant.**

No. 05–51092.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Feb. 24, 2006.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western

District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Philip J. Lynch, Federal Public Defender's Office, San Antonio, TX, for Defendant–Appellant.

Before GARZA, DENNIS, and PRADO, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Oscar Rene Gutierrez–Salazar raises arguments that are foreclosed by *Almendarez–Torres v. United States*, 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that a prior conviction is a sentencing factor under 8 U.S.C. § 1326(b)(2) and not a separate criminal offense. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.